COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:                     01-15-00733-CV

Style:                            In the Interest of D.R.L., C.L.W., Jr. and A.E.L., Children


Date motion filed\*:              October 8, 2015

Type of motion:                  First Unopposed Motion for Extension of Time to File Brief

Party filing motion:             Appellant M.A.L.

Document to be filed:            Appellant Brief

If motion to extend time:

    Original due date:           September 29, 2015

    Number of previous extensions granted:       0        Current Due date: September 29, 2015

    Date Requested:              October 30, 2015

Ordered that motion is:

    ☑ Granted

       If document is to be filed, document due: **October 19, 2015**

       ☐ The Court will not grant additional motions to extend time absent extraordinary circumstances.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

Appellant, M.A.L., filed her appellant's brief on October 19, 2015. Accordingly, we grant appellant's motion and extend the time to file appellant's brief to October 19, 2015.


Judge's signature:   /s/ Terry Jennings
              ☑ Acting individually        ☐ Acting for the Court


Date:  October 27, 2015